United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHI L. HIGH, | ) |
| | ) CIVIL NO. C10-5854BHS-JRC |
| Plaintiff, | ) |
| | ) ORDER GRANTING |
| vs. | ) EXTENSION TO FILE |
| | ) PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE, | ) AND AMEND BRIEFING |
| Commissioner of Social Security, | ) SCHEDULE |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before April 14, 2011, Defendant's Answering Brief shall be filed on or before May 12, 2011, and Plaintiff's Reply Brief shall be filed on or before May 26, 2011. Oral argument, if desired, shall be requested by June 2, 2011.

DATED this 16th day of March, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER AMENDING BRIEFING SCHEDULE –
[C10-05854BHS JRC] - 1