United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHI L. HIGH, | ) |
| | ) CIVIL NO. C10-5854BHS-JRC |
| Plaintiff, | ) |
| vs. | ) ORDER FOR EXTENSION OF |
| | ) TIME TO FILE PLAINTIFF'S |
| MICHAEL J. ASTRUE, | ) OPENING BRIEF AND AMEND |
| Commissioner of Social Security, | ) BRIEFING SCHEDULE |
| | ) |
| Defendant. | ) |
| | ) |

Based on Plaintiff's Motion (ECF No. 14) and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before May 18, 2011, Defendant's Answering Brief shall be filed on or before June 15, 2011, and Plaintiff's Reply Brief shall be filed on or before June 29, 2011.

Oral argument, if desired, shall be requested by July 6, 2011.

DATED this 13th day of April, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
AND AMEND BRIEFING SCHEDULE –
[C10-5854BHS-JRC] - 1