United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHI L. HIGH, | ) |
| | ) CIVIL NO. C10-5854BHS-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE PLAINTIFF'S |
| | ) REPLY BRIEF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Motion (ECF No. 18) and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Reply Brief shall be filed on or before August 3, 2011.

Oral argument, if desired, shall be requested by August 10, 2011.

DATED this 30th day of June, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF –
[C10-5854BHS-JRC] - 1